Copy of Original

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REC'D '08 JUL 10 11:44 USDC-ORE

CASE NO. (UNK)

Parties:

I. A. Name of plaintiff: Andrew David Easter   ADD #(UNK)   ADDRESS: 1115 Jackson St, Albany, OR 97322

Name of Defendant: Tim Mueller

B. Position: Sheriff of Linn County Oregon

Place of Employment: Linn County Oregon Sheriff's Office

Address: 1115 Jackson St SE   Albany, OR 97322   P.O. Box 100   Albany, OR 97321

Name of Defendant: Mr. Baggett

Position: Captain

Place of employment: Linn County Jail

Address: 1115 Jackson ST SE   Albany, OR 97322

Name of defendant: Mr. Tilley

Position: Physician

Place of employment: Linn County Jail

Address: 1115 Jackson St SE   Albany, OR 97322

II. I am suing defendants in both their official and personal capacity.

III. I have never filed any previous lawsuits.

A. N/A

B. N/A

IV. I am currently confined in Linn County Jail.

V. At the time of the alleged incident(s), I am serving a sentence of 6 months of jail

VI. A. Yes, I presented my complaints using the grievance process.

C. They (Linn County Jail) have refused to provide me with a copy of my original (first) form I filled out as part of the final process of the grievance procedure, said form being an appeal to the Sheriff. I was released and have since returned and am being subjected to the same treatment that warranted the initial grievance. I have a copy of that appeal form. The reason for this is that now the forms are provided with carbon copies, as where before, they were not.

VII. Statement of Claim:

On 01/30/08 I was admitted to Linn County Jail for a sentence of 30 days for contempt of court. I brought in with me a prescription bottle with my name clearly printed on the label with the prescribing doctor's name and other relevant information. There was a full month's worth of medication (30 doses) within the bottle. This medication was called Geodon, which I am regularly given in treatment for my mental illness, being schizo-affective. Upon arriving to this (said) facility, I was refused both my medication I had provided for myself, or a substitute of the same type of medication by the practicing physician, Dr. Tilley. His decision was upheld by both Cpt. Baggett (then acting Jail Commander), and Sheriff Tim Mueller. This was in spite of the fact that recommendations were made by Dr. Nelson (who is sub-contracted by Linn County Jail from Linn County Mental Health Department for the purpose of making such determinations as to both diagnosis and best course of treatment for said diagnosis of inmates incarcerated within Linn County Jail) that I receive my regular medication, Geodon. Also, it was determined by an independent evaluation that was taken in regards to my ability to "aid and assist" in my defense for a pending trial, that I also be given my regular medication, being Geodon, as well as something for my anxiety. I am normally given Ativan for my anxiety, but again, due to current practices at Linn Co. jail, I am refused that as well. I was released on 04/10 and returned to Linn Co. Jail's custody on 05/23/08, where I was given the same treatment, and again, refused my regular medication, even though I provided an order

me one night previous to my intake.

VIII. Relief:

I am entitled $55,000 (fifty-five thousand dollars) for the first day I was refused my regularly prescribed medications, and $110,000 (one hundred and ten thousand dollars) for each subsequent day I am withheld such medication. As this is an on-going incident, and accumulative in it's total, I can not, at this time, provide an exact figure. I would also like to be granted injunctive relief against continued incarceration in this facility (Linn County Jail) under these conditions (being denied my regular medication). Further, I would ask that a change in current policy be ordered by the court so that future abuses of this nature are not an occurrence that inmates, such as myself, will be subjected to.

I declare, under penalty of perjury (18 USC § 1621), that the foregoing is true and correct.

I invoke my right to preserve all my state and federal rights that are entitled to me and of which I may me unaware, as I am uneducated of such things, and I am not afforded the means of proper representation of knowledgable counsel and am denied access to such legal materials that would further assist my cause in this regard by the policies and practices of the institution I am currently incarcerated in, said facility being Linn County Jail.

Executed on this day:                          Andrew D. Easter

July 8th, 2008

# LINN COUNTY SHERIFF'S OFFICE
## GRIEVANCE APPEAL

Grievance Appeal # 08-00273

Inmate's Name ANDREW CONSTOCK     SO# 1858     Housing # G-240

**Appeal Type** (Check one) Regular ✓ Emergency, due to possible harm ___
(include in comments reason for emergency)

| Level #1 | Level #2 |
|---|---|
| This appeal is to the jail commander. | This appeal is to the Sheriff. |
| Original grievance was dated 5/29/08. | Original grievance was dated 5/29/08. Appeal #2 handled by Sullivan & dated 6/9/08. |

**Reason why you think the grievance is not yet resolved:**

PLEASE REFER TO MY ORIGINAL GRIEVANCE AND MY LEVEL #1 APPEAL. NONE OF THE ISSUES I RAISED WERE ADDRESSED. I AM ENTITLED BY THE AMERICANS WITH DISABILITIES ACT TO RECIEVE MY "REGULARLY PRESCRIBED MEDICATIONS". THIS IS IN REGARDS TO BEING PLACED IN AN "INSTITUTION". DR. TILLEY HAS NOT THE NECESSARY EDUCATIONAL BACKGROUND TO BE FIT TO DETERMINE MY MEDICATION NEEDS IN REGARDS TO MY MENTAL ILLNESS. I HAVE HEARD OF DR. NELSON, WHO IS CONTRACTED BY THIS JAIL TO FACILITATE SUCH DETERMINATIONS. ADVISING DR. TILLEY TO GIVE ME GEODON. FAILURE TO REMEDY THIS SITUATION WILL RESULT IN VIOLATIONS OF MY RIGHTS.

I gave this form to ___     Date original grievance 5/29/08
Inmate Signature/date ___
Appeal logged by ___     DPSST ___     Date/Time ___

White- Inmate file     Pink- Jail Commander     Yellow- Inmate

| | | |
|---|---|---|
| Date/Time Received: 6/20 13:30 | **LINN COUNTY INMATE REQUEST FORM** | Date: 6/20/08 |
| Receiving Officer: ___ | | |

**REQUEST:** I NEED COPIES OF THE FOLLOWING GRIEVANCE APPEAL FORMS THAT WERE FILED HERE ON AND RESPONDED TO BY: Appeals# 08-0006#1, #08-0006#2, #08-0010#1, #08-0010#2, #08-0012#1, #08-0012#2. PLEASE PROVIDE THEM UPON THIS SINGLE REQUEST. IT IS PART OF MY PENDING LEGAL ACTION AND NEED SO THAT I MAY PROCEED. DELAY OF AN UNREASONABLE NATURE WILL RESULT IN IMPEEDING UPON MY RIGHTS TO DUE PROCESS ENTITLED TO ME IN THE CONSTITUTION OF THE UNITED STATES. SUCH AN OCCURANCE WOULD PROMPT ME TO TAKE FURTHER ACTION AGAINST YOURSELF AND/OR STAFF INVOLVED IN UPHOLDING, OR ESTABLISHING SUCH POLICES THAT WOULD RESULT IN DIRECT VIOLATION OF MY RIGHTS. THANK YOU.

Print Name: ANDREW EASTER    Block & Cell No. A / 240    Signed: ___

**REPLY:** YOU WERE PROVIDED COPIES AND THE FINAL ANSWER FROM THE SHERIFF IN MARCH

Date/Time Returned: 6-24-08    Signed: ___